```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :   19cr367-3(DLC)
            -v-                          :
                                         :       ORDER
JUAN ROSARIO,                            :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An initial conference is scheduled to occur on **April 15, 2021** at 2:00 PM.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **12:00 PM** on **April 12, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         April 6, 2021

```
                                    _____
                                         DENISE COTE
                                    United States District Judge
```