

**THE LAW OFFICES OF**
**JUDITH VARGAS**

May 25, 2021

**Via ECF**
Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>United States v. Juan Rosario</u>, 19-Cr-367 (DLC)
AMENDED Consent Request for Modification of Bond Conditions

Honorable Judge Cote:

We write with the consent of the Government and Pretrial Services (PTS) to respectfully request an amendment to our previously endorsed request for a modification of Mr. Rosario's bond conditions.

On May 21, 2021, this Honorable Court endorsed and ordered our request that (1) Mr. Rosario be allowed access to his passport for the limited purpose of obtaining a driver's license/identification card; and (2) the removal of Mr. Rosario's location monitoring device and the imposition of a curfew in lieu of home incarceration. With respect to location monitoring, we request that in addition to its removal that there be no curfew imposed on Mr. Rosario. There is no objection by either the Government nor PTS to this amended request.

We thank the Court in advance for its consideration of this matter.

Respectfully,

*s/ Judith Vargas*
Judith Vargas
Attorney for Mr. Juan Rosario

cc: AUSA Kyle Wirshba
    AUSA Juliana Moore
    U.S. PTSO Marlon O'Valles

*Denied.*

*Denise Cote*
*5/25/21*

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668.0024 * Fax: 212.668.0060

judithvargas1@aol.com

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917