

THE LAW OFFICES OF
JUDITH VARGAS

November 24, 2021

**Via ECF**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*United States v. Juan Rosario,* 19-Cr-367 (DLC)
Consent Request for Permission for Mr. Rosario to Travel to North Carolina

Honorable Judge Cote:

We write with the consent of both the government and Pretrial Services "PTS" to request permission for Mr. Rosario, who has been on bond and fully compliant with all his bond conditions since his release date on April 2, 2021, to travel to North Carolina "NC," in order to go to the NC Department of Motor Vehicles "DMV," to obtain his NC driver's license. He will require his NC driver's license to surrender the license to the New York State DMV so that he can then obtain his New York State driver's license. Mr. Rosario requires his New York State driver's license so that he may solicit (and obtain) work in New York as a driver for any of the various ride-hailing and ride-delivery driver service companies (such as Uber, Uber Eats and Lyft). Mr. Rosario would travel to NC for this purpose within the next two weeks. PTS Officer Mr. Marlon O'Valles has informed that Mr. Rosario has been fully compliant with all the conditions of his release and consents to this request. The government by AUSA Juliana Murray also consents to this request.

We thank the Court in advance for its consideration of this matter.

With best wishes to everyone for a wonderful holiday season.

Granted. SO ORDERED

November 24, 2021

_____
DENISE COTE
United States District Judge

Respectfully,

*s/ Judith Vargas*

Judith Vargas, Esq.
Attorney for Mr. Juan Rosario

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com