UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
UNITED STATES OF AMERICA,                  :     19cr367-3(DLC)
                                           :
            -v-                            :     ORDER
                                           :
JUAN ROSARIO,                              :
                                           :
                        Defendant.         :
                                           :
----------------------------------------- X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the sentencing in this matter is moved from **April 22, 2022**, at 2:00 PM to **10:00 AM** on the same date.

    SO ORDERED:

Dated:   New York, New York
         February 15, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge