

THE LAW OFFICES OF
JUDITH VARGAS

April 4, 2022

**Via ECF**
Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>United States v. Juan Rosario</u>, 19-Cr-367 (DLC)
Consent Request to Adjourn Sentencing Hearing

Honorable Judge Cote:

  We write with the consent of the government and on behalf of Mr. Rosario to request a 30-day adjournment of his sentencing hearing in the above captioned matter, currently scheduled for April 22, 2022, at 10:00 a.m. The reason for our request is that we have not yet received Mr. Rosario's final pre-sentence report ("PSR"), which is necessary to prepare for his sentencing hearing.[1] The additional time is necessary in order to receive and translate the final PSR into Spanish and review same with Mr. Rosario, and also to collect sentencing letters and other documents in preparation for the defense sentencing submission and sentencing hearing. Accordingly, we are requesting an adjournment of 30 days, or to May 23, 2022, if that date is convenient to the Court. The government does not object to our request.

  We thank the Court in advance for its consideration of this matter.

Application DENIED.  The PSR was initially disclosed to the parties on March 10.  Defendant may file his sentencing submissions on April 15.  The Government may file its submissions on April 20.

Respectfully,

*s/ Judith Vargas*

Judith Vargas
Attorney for Mr. Juan Rosario

SO ORDERED
April 4, 2022

_____
DENISE COTE
United States District Judge

---

[1] We are informed by probation that the final PSR disclosure date is scheduled for this Wednesday, April 6, 2022. However, this date is only 16 days from sentencing and outside the required disclosure time of 35 days before sentencing under Federal Rule of Criminal Procedure 32 (e)(2).

NEW YORK
20 Vesey Street * Suite 400 * New York, NY  10007
Tel:  212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR  00917

Judithvargas1@aol.com