```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        19cr367-3(DLC)
                                         :
            -v-                          :        ORDER
                                         :
JUAN ROSARIO,                            :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter is moved from April 22, 2022, to **April 28, 2022, at 11:00 AM** in Courtroom 18B.

SO ORDERED:

Dated:   New York, New York
         April 18, 2022

                         _____
                                    DENISE COTE
                         United States District Judge