

**THE LAW OFFICES OF**
**JUDITH VARGAS**

April 29, 2022

**Via ECF**
Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

United States v. Juan Rosario, 19-Cr-367 (DLC)
Request for BOP Designation Recommendation

Dear Judge Cote:

On yesterday's date the Court sentenced Mr. Rosario to a term of imprisonment of 18 months. Mr. Rosario's surrender date is June 10, 2022. We write to request that the Court recommend to the Bureau of Prisons ("BOP") that it designate Mr. Rosario to a prison at a federal facility as close as practicable to Mr. Rosario's residence and family in the state of New York, to facilitate visits from Mr. Rosario's family. We also request that the Court recommend to the BOP the following additional alternative designations: 1) Butner Federal Correctional Institution in North Carolina where Mr. Rosario's mother lives; 2) Pensacola Federal Prison Camp (Florida) which arranges for inmate employment programs; 3) Morgantown Federal Correctional Institution (West Virginia) which offers classes and degrees in computer technology and business management.

Respectfully,

s/ Judith Vargas

Judith Vargas
Attorney for Mr. Juan Rosario

*Denied,*

*Denise Cote*
*5/3/22*

---

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com