

THE LAW OFFICES OF
**JUDITH VARGAS**

July 7, 2022

**Via ECF**
Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

United States v. Juan Rosario, 19-Cr-367 (DLC)
Request for Return of Passport

Honorable Judge Cote:

    We write to request the Court's permission for Pretrial Services to return Mr. Rosario's U.S. Passport to a family member or cosigner. Mr. Rosario surrendered his U.S. Passport as a bail condition on April 2, 2021. Mr. Rosario has been sentenced in this matter and self-surrendered to begin serving his sentence on June 24, 2022 and is now in BOP custody. Pretrial Services consents to this request.

    We thank the Court in advance for its consideration of this matter.

Respectfully,

*s/ Judith Vargas*

Judith Vargas
Attorney for Mr. Juan Rosario

Granted.

*Denise Cote*
7/11/22

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

Judithvargas1@aol.com

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917